UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MORANDO BERRETTINI and RALPH J. PIRTLE,<br><br>Defendants. | Case No. 10-cv-01614<br><br>Hon. Robert M. Dow, Jr. |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR REMEDIES AND FOR ENTRY OF FINAL JUDGMENT

Plaintiff United States Securities and Exchange Commission hereby moves for remedies following the jury verdict in its favor and against defendants Morando Berrettini and Ralph J. Pirtle on Counts I, II and III of its Amended Complaint and for entry of final judgment in this matter. As part of the final judgment, the SEC seeks imposition of permanent injunctions; disgorgement and prejudgment interest on a joint-and-several basis; and penalties against both defendants. In support of its motion, the SEC has filed a supporting brief.

WHEREFORE, plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its motion and impose the remedies sought therein as part of the entry of final judgment in this matter, including for both defendants (a) a permanent injunction imposed against future violations of Exchange Act Section 10(b) and Rule 10b-5; (b) disgorgement of $240,622, jointly and severally; (c) prejudgment interest of $130,022, jointly and severally; and (d) meaningful penalties to be determined by the Court.

Dated: March 15, 2016

Respectfully submitted,

/s/ Jonathan S. Polish
Jonathan S. Polish
Steven C. Seeger
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2615
(312) 353-7390
Attorneys for Plaintiff
U.S. Securities and Exchange
  Commission