# EXHIBIT

# 1



## Employee Ethics and Intellectual Property Agreement



In consideration of my accepting or continuing work at Philips Electronics North America Corporation or any of its divisions, subsidiaries or affiliates, (which will individually and collectively be called "the company") during such time as may be mutually agreeable, and in consideration of the salary or wages paid to me, I agree:

1. Not to use, publish or otherwise disclose (except as my job requires) either during or after my employment, any secret or confidential (proprietary) information or data of the company or its customers or any other third party received by the company in confidence.

2. Upon the termination of my employment, to deliver promptly to the company all written and other materials that relate to the business of the company or its affiliates.

3. To disclose promptly and agree to assign, without further compensation, to the company or its nominee as its exclusive property, all those inventions, and technical or business innovations (including works of authorship) developed or conceived by me alone or with others, while I am employed, which: (a) pertain to any line of the businesses, work or investigations of the company or affiliates, (b) pertain to any demonstrably anticipated business, research or development of the company or its affiliates, (c) are suggested by or result from work that I may do for the company, or (d) are aided by use of time, materials, facilities, patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks, and service marks and any and all rights, applications and registrations relating to them of the company.*

4. To make and maintain for the company adequate and current written records of such inventions.

5. To perform all reasonable acts (such as execution of all necessary papers) and otherwise provide proper assistance (at the company's expense) during and subsequent to my employment to enable the company to obtain for itself or its nominees patents, copyrights or other legal protection for such inventions or innovations in any and all countries.

6. Not to disclose or utilize in my work any proprietary information of others (including that of any prior employers) or any inventions or innovations of my own which are not included within the scope of this agreement.

I have read and understood the Philips Electronics North America Corporation "Working Together" book. In consideration of my continuing employment with the company, I agree to abide by the ethical and legal principles of the company as they are incorporated in this book. I understand that failure to do so may result in the termination of my employment.

This agreement supercedes and replaces any Employee Ethics and Intellectual Property Agreement previously executed by me. It may not be modified or terminated, in whole or in part, except in writing signed by an authorized representative of the company.

I certify that to the best of my knowledge and belief, I am not a party to any other agreement or subject to any conflict of interests that will interfere with my full compliance with this agreement, except as specifically identified below. I understand that this agreement does not constitute a contract of employment, either express or implied.

_Ralph J. Pirtle_
PRINT NAME

_[signature]_     4-24-02     _[signature]_     4-24-02
EMPLOYEE'S SIGNATURE    DATE      WITNESS (Company Representative)      DATE

I represent that the following are the only agreements, relationships and matters to which I have an interest that may conflict with the obligations I have undertaken above. I further agree to promptly notify my supervisor in writing of any change in this information.

_____

_____

*If employed in any of the following states: California, Delaware, Illinois, Kansas, Minnesota, North Carolina, Utah or Washington, employees should also sign the relevant paragraph of the Employment Invention Attachment on the back of this agreement.

**Philips Electronics North America**


PLAINTIFF EXHIBIT 55

**PHILIPS**

Philips - SEC 00004 (2007-01-25)

**Employee Invention Attachment**



**PHILIPS**

To the Employee Ethics and Intellectual Property Agreement

## California

I understand that, as required by the California Labor Code, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates at the time of conception or reduction to practice of the invention, (i) to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

## Delaware, Illinois, Kansas and North Carolina

I understand that, as required by Delaware/Illinois/Kansas/North Carolina state law (delete as appropriate), no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates (i) to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

## Minnesota

I understand that, as required by Minnesota state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility or trade secret information of the company was used and which was developed entirely on my own time, and (a) which does not relate (i) directly to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) which does not result from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

## Utah

I understand that, as required by Utah state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention which was created entirely on my own time, and which is not (a) conceived, developed, reduced to practice, or created by me (i) within the scope of my employment with the company, (ii) on the company's time, or (iii) with the aid, assistance, or use of any of the company's property, equipment, facilities, supplies, resources, or patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks and service marks and any and all rights, applications, and registrations relating to them, (b) the results of any work, services, or duties performed by me for the company, (c) related to the industry or trade of the company, or (d) related to the current or demonstrably anticipated business, research, or development of the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

## Washington

I understand that, as required by Washington state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates (i) directly to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

**Philips Electronics North America**



**PHILIPS**

# Philips Electronics North America
## Working Together







A POWERFUL PARTNERSHIP
**PHILIPS**
&You



**Philips Electronics** is eighth on Fortune's list of global top 30 electronics corporations with sales of $30.6 billion (EUR 31.5 billion) in 1999. We are active in about 60 businesses, varying from consumer electronics to domestic appliances and from security systems to semiconductors.

**We** are a world leader in digital technologies for television and displays, wireless communications, speech recognition, video compression, storage and optical products as well as the underlying semiconductor technology that makes these breakthroughs possible.

**We** have world-class solutions in lighting, medical systems (particularly scanning and other diagnostic systems) and personal and domestic appliances where our investments in design and new materials are critical to success. Philips employs more than 239,000 people in more than 60 countires, with more than 25,000 employees here in North America.

**Grounded** in a deep commitment to make Philips one of the most respected employers in this region, Philips & You—A Powerful Partnership means that this is a great place to work, and through programs like our "Working Together— Philips Ethics and Business Conduct Program," we're making it even better!

**For** news about Philips as well as more about Philips & You—A Powerful Part- nership and Philips Ethics and Business Conduct Program, visit *Xpress inSight* the Regional employee intranet at http://wwwus.pnc.philips.com.

Philips - SEC - 00008  (2007-01-29)

The purpose of the Philips Ethics and Business Conduct Program is:

- To provide all employees with clear guidelines on matters of everyday business conduct and ethical behavior.

- To establish a vehicle whereby employees are able to communicate concerns to a higher level.

- To conduct business in strict compliance with applicable laws and according to company policies and guidelines.

- To reinforce our commitment to honesty and integrity.

- To provide an expeditious method to identify alleged acts of misconduct and to administer corrective action when violations occur.

- To conduct periodic audits and surveys to test compliance with the law and the effectiveness of the Program.

- To continuously reinforce awareness of and commitment to the Program.

# Table of Contents

Working Together   3

The Philips Code of Business Conduct   4

The Ethics and Business Conduct Program: How it Works   5

Employment Practices   6
    Equal Opportunity   6
    Affirmative Action Plans   7
    Women and Minorities   7
    Affirmative Action Objective   7
    Sexual Harassment   8
    Disabilities   8
    A Drug-free Workplace   9
    A Safe Workplace   9
    Family and Medical Leave   9

Government and Military Contracts   10

Fair Competition Guidelines   11

International Business Transactions   12

Environmental Regulations   13

Accounting and Financial Records   15

Confidentiality   16

Inside Information   16

Conflicts of Interest   17

Copying Computer Software/Printed Materials   19

Electronic Communication and Information Systems   20

Politics   20

Employee Ethics and Intellectual Property Agreement   21

Employment Invention Attachment   22

Ethics and Compliance Office
Philips Electronics North America
1251 Avenue of the Americas
New York, N.Y. 10020-1104
Ethics Hotline: 1-800-218-1818
E-Mail: ethics.hotline@philips.com

## Working Together

**"Our future as a company depends on our reputation."**

Our company stands for quality, innovation, leadership and integrity. At Philips, we take our commitment to ethical behavior seriously. We expect that same commitment from everyone who works here.

As Philips employees, we not only have the specific responsibilities of our jobs, but we also have the broader ethical obligations that we share as members of the Philips corporate family. The kind of company we are depends upon the kind of people we are and the way we work with each other.

Through the years, Philips has built a worldwide reputation for excellence in its people and its products. It's up to us to maintain that reputation. Philips is committed to producing and selling quality products that are safe for their intended uses, conform to all relevant laws, regulations and industry standards.

This **"Working Together"** book defines our company-wide policies on business ethics. It describes our Philips Code of Business Conduct and our Ethics and Business Conduct Program, which includes a confidential Ethics Hotline to report any violations or suspected violations of our policies. These policies are intended as guidelines for us all—everyone, everywhere. Some divisions also may have additional guidelines that apply to their locations.

Having good intentions, or wanting to "benefit" the company in some way, or just not knowing the guidelines, does not excuse questionable, unethical or illegal conduct. If you violate the laws that apply to you on the job, you not only stand to lose your job but also could be subject to criminal sanctions, including fines and prison sentences. Under strict Federal and state laws, employees can be held personally responsible for violations. The company cannot shield its employees, and ignorance of the law is no excuse. In addition to fines or prison terms imposed on an employee, Philips could face severe criminal and civil penalties.

You are urged to read this book carefully, understand it completely, and agree to abide by its principles of ethical and business conduct. However, no book can possibly cover every situation and there can be gray areas between what seems right and wrong. You may face dilemmas that are not specifically covered here. When that happens, we expect you to be guided by the answers to these questions:

**Does this situation divide my loyalty?**

**Does it cloud or influence my judgment?**

**Does it affect me or someone close to me financially or otherwise?**

**Does it comply with Philips policies and the Philips Code of Business Conduct?**

**Would I want everyone to know about it?**

**How does it make me feel about myself?**

If you have doubts or questions, ask for help. Contact your supervisor, your Ethics Coordinator, your company lawyer or contact the Ethics Hotline.

During your career at Philips, it is expected that you will help maintain the company's reputation for the highest standards of professional and personal conduct.

## The Philips Code of Business Conduct

The Philips Code of Business Conduct encompasses the principles and standards that should guide our everyday decisions and actions. It incorporates the Philips General Business Principles (See pww.manual.philips.com/genbus.htm) adopted globally by the Board of Management of Royal Philips Electronics, our parent company, and approved by its Supervisory Board. As a Philips employee, you are required to know, understand and abide by our Code of Business Conduct.

At Philips, we value integrity and honesty. These principles are ingrained in the way we do business, and in the way we treat each other and the people we do business with every day.

*Since a company operates entirely through the people it employs, responsibility for ethical behavior rests with those who work for it.*

High standards of business conduct and ethical behavior also make good business sense. Our ability to attract customers, investors and the best employees depends on our reputation. Therefore, we are committed to strict observance of the law and the highest standards of business ethics in all of our relationships with individuals and organizations.

Since a company operates entirely through the people it employs, responsibility for ethical behavior rests with those who work for it and act in its name. As a Philips employee, you are expected to live by the principles of fairness, honesty, truthfulness and loyalty to your company. You must be completely aboveboard with customers, suppliers and associates, promising only what you can deliver and never misrepresenting the facts or shading the truth.

We expect our employees to comply with the law, both when acting on behalf of Philips and in their personal conduct. The laws in the various jurisdictions in which Philips operates are numerous and complex. In the gray areas not covered by specific laws, we expect employees to act in an ethical and fair manner at all times.

No policy statement or code of conduct could possibly cover every circumstance. Ultimately, we are all responsible for our own actions. Doing something we know is wrong because we were told to do it, or because we thought someone wanted us to do it, is never an excuse and never justified.

Use good common sense and your own sense of decency, fair play and morality. If you have any doubts, ask yourself how you would react if your actions or your decisions were published in the newspaper or broadcast on television. And how would you feel if you or other people lost their job because of your actions?

If you still have doubts, remember that it is your responsibility to get clarification.

*These ethical principles and values are the guidelines for our everyday decisions and actions. This Code of Business Conduct is enforced equitably at all levels. Violations of the Philips Code of Business Conduct can lead to disciplinary action, dismissal or prosecution.*

### As Philips employees, we are expected to be:

- Honest and trustworthy in all our relationships.
- Reliable in carrying out assignments and responsibilities.
- Truthful and accurate in what we say and write.
- Fair and considerate in our treatment of fellow employees, customers and all others.
- Law-abiding in all of our activities.
- Conscientious in reporting violations or suspected violations of legal and ethical conduct.
- Committed to accomplishing all tasks in a superior way.
- Economic in using company resources solely for business purposes.
- Dedicated in serving our company and improving the quality of life at work.

4

## The Ethics and Business Conduct Program: How It Works

In addition to the Philips Code of Business Conduct, Philips has a comprehensive Ethics and Business Conduct Program to make sure that all of its employees understand and adhere to its standards of business conduct. This Program helps Philips monitor compliance and detect any violations at an early stage.

If you have a question about the Philips Code of Business Conduct, the Philips Ethics and Business Conduct Program, or any aspect of our company policy, or if you know about or suspect a violation or any wrongdoing, you may want to discuss it first with your supervisor. If you do not feel comfortable doing that, then discuss it with your Ethics Coordinator.

If you have questions about the legality of an action under consideration, you may want to call your company lawyer first.

If you prefer not to discuss these matters with your supervisor, the Ethics Coordinator or your company lawyer, call the toll-free Ethics Hotline, **1-800-218-1818**; write the Ethics and Compliance Office, Philips Electronics North America, 1251 Avenue of the Americas, New York, N.Y. 10020-1104; or e-mail the **ethics.hotline@philips.com.** (Confidentiality or anonymity cannot be assured through e-mail.)

You also are urged to call or write even if you only have questions. The questions may be about something that you have done or are thinking of doing. They may be about wrongdoing you know about or suspect. Or they may be about someone else's actions or contemplated actions that may have ethical and/or legal issues relevant to the Ethics and Business Conduct Program.

You could lose your job, be fined or imprisoned if you remain silent when you know about or suspect a violation of business conduct, ethical or legal standards. Under the law, the company cannot shield you from liability, and ignorance of the law is no excuse. You must take responsibility to resolve the problem as soon as you are aware that it exists.

All calls to the Ethics Hotline are recorded on an answering machine. Callers are asked to give the facts, including the name of the project, the department and location, the time when the unethical or illegal behavior occurred (or is suspected), how they know about it and details about previous efforts to correct the problem. Providing as much detail as possible speeds the investigation. Callers have the option to identify themselves by name or remain anonymous.

The Ethics and Compliance Office initiates an investigation of each call within two business days. All information is confidential. Callers who leave their names and addresses and request information concerning the results of the investigation will receive a response.

The Corporate Ethics and Compliance Officer reports to the President and Chief Executive Officer of Philips Electronics North America Corporation and is responsible for overseeing the implementation of the Ethics and Business Conduct Program, supervising investigations of reported violations and managing the Ethics and Compliance Office.

Responsible for the daily issues facing the Ethics and Compliance Office is the Ethics Administrator, who reports to the Ethics and Compliance Officer. The Administrator ensures that questions and issues are researched and resolved. Assisting the Ethics and Compliance Office are the Ethics Coordinators and Site Coordinators at various Philips locations.

On a periodic basis, the Ethics and Business Conduct Program is audited for compliance.

> **You cannot ignore ethical or legal problems. If you do, you put yourself and the company at risk. When you report violations, or suspected violations in good faith, you may do so without fear of retribution for having come forward.**

**The Philips Confidential Ethics Hotline:**
**1-800-218-1818.**

## Employment Practices

Philips obeys all legal requirements concerning employment, and follows the spirit of the laws as well. Some of these laws promote equal employment policies and programs, and prohibit discrimination of various types (race, sex, age, etc.). Others relate to the hiring process (immigration control) or to the maintenance of certain employee protection programs, a drug-free workplace and polygraph tests.

All employees are expected to know the laws and abide by company policy on Ethics and Business Conduct compliance. In particular, we will not tolerate any form of harassment, whether verbal, visual or physical, or any disparaging remarks, based upon age, race, color, religion, national origin, disability, sex or any other protected characteristic. All complaints of harassment are promptly investigated and remedial action is taken if a violation of policy is established. For example, racist comments, circulation of sexually explicit materials or telling jokes that disparage certain nationalities can constitute harassment and are not to be tolerated.

**Harassment based on a protected status is illegal and a violation of company policy.**

### Equal Opportunity

Philips has been, and will continue to be, an Equal Opportunity Employer.

Our policy is to improve all employment opportunities for women and minorities. We recruit, hire, train and promote in all job classifications without regard to race, color, religion, sex, age, national origin, disability, or status as a disabled or Vietnam-era veteran.

We strive to make sure that compensation, benefits, promotions, transfers, layoffs and recall from layoffs are administered fairly without regard to race, color, religion, sex, age, national origin, disability, or status as a disabled or Vietnam-era veteran. The same standards apply to the administration of training, education, tuition assistance and recreational programs.

Our company is subject to Federal, state and local laws regarding discrimination in employment practices. We do not base our hiring, upgrading, promotion, transfer, demotion or termination decisions upon race, color, religion, sex, age, national origin, disability, or status as a disabled or Vietnam-era veteran.

Philips' commitment runs deeper than just conforming to the law. It is our policy to hire qualified people without regard to race, color, religion, sex, age, national original, disability, or status as a disabled or Vietnam-era veteran because we believe in the principles of equality and equal opportunity for all.

Philips offers jobs. Not male or female jobs. Not white or minority jobs. Just jobs. These jobs are filled by qualified people. The advancement of women and minorities is an essential mission of our EEO program.

**Equal Employment Opportunity (EEO) means that each individual is given a fair chance to compete for both management and non-management jobs. This means that all doors to all jobs are open to all qualified people.**

6

Philips - SEC  00014  (2007-01-25)

**Employment Practices**

## Affirmative Action Plans

Equal Employment Opportunity is our policy. Affirmative Action Plans keep the policy alive.

Federal legislation requires that every year, our qualifying company facilities prepare Affirmative Action Plan programs.

## Women and Minorities

The Federal Affirmative Action Plan requires an in-depth analysis of a facility's work force compared to the population of the areas where the facility recruits its employees. Skills of the population are analyzed, as are the specific requirements for the jobs, to determine that women and minorities are fairly represented.

## Affirmative Action Objective

Equal Employment Opportunity is the law and we comply with it.

Affirmative Action Plan goals are not rigid, inflexible quotas. They are targets that are usually attainable if people make a good-faith effort. Affirmative Action Plans are reviewed each year. At that time, new goals and timetables are established toward achieving the objective—employing minorities and women in numbers that reflect the hiring pool.

Affirmative Action Plan goals should motivate managers and Human Resources administrators to keep reviewing their hiring and promotion decisions in order to include people regardless of age, race, color, sex, national origin, disability, or status as a disabled or Vietnam-era veteran.

We believe that it is important for all employees, whether they are managers or not, to know the following guidelines that managers and supervisors must observe:

- Understand our company policy.
- Emphasize our commitment to Equal Employment Opportunity.
- Recognize every person as an individual, not as a member of a particular group (race, color, religion, sex, age, national origin, etc.).
- Help everyone achieve maximum potential in terms of abilities and personal goals.
- Advise each new employee about the opportunities available for continuing education and promotion, and about our Equal Employment Opportunity policy and goals.
- Know the Affirmative Action Plans at the location and help achieve the goals within the timetables.
- Maintain current promotion files. The Affirmative Action Plan requires utilization analysis to identify those with promotable skills.
- Keep accurate records so that the company can support hiring decisions objectively if a Government official interviews them as part of an Affirmative Action Plan compliance review.

> **Managers and supervisors are required to know the laws, emphasize our commitment to Equal Employment Opportunity and help employees develop to their fullest potential.**

**Employment Practices**

## Sexual Harassment

No employee shall be subjected to sexual harassment by anyone at work. This includes unwelcome sexual advances, requests for sexual favors, sexual comments and other verbal or physical conduct of a sexual nature. Report any incidents of sexual harassment to your supervisor or Human Resources Department.

The Equal Employment Opportunity Commission (EEOC) uses three criteria for determining that behavior constitutes sexual harassment:

**Any act of sexual harassment is a violation of the law and company policy, and it subjects the offender to serious disciplinary action, including dismissal.**

- When submission to the conduct is either an explicit or implicit term or condition of employment.

- When submission to, or rejection of, such conduct is used as the basis for employment, promotion, salary or work assignments.

- When such conduct substantially interferes with a person's work performance, or creates an intimidating, hostile or offensive working environment.

On sexual harassment issues, the EEOC considers an employer responsible for the acts of its supervisors and agents regardless of whether the employer knew, or should have known, of their occurrence. *Therefore, managers or supervisors must never ignore a complaint about sexual harassment, even though they may consider it minor or frivolous.*

## Disabilities

The law prohibits discrimination against "a qualified individual with a disability." This applies to job applications, hiring, advancement, discharge, compensation, training, or other terms, conditions or privileges of employment.

A "qualified individual with a disability" under the Americans with Disabilities Act (ADA) means a person who, with or without reasonable accommodation, can perform the essential functions of the job. The company determines what those essential functions are, along with job descriptions. The law says that a person whose employment poses a direct threat to the health or safety of others is not qualified for the job if the danger to others cannot be eliminated by a reasonable accommodation.

We are required to make reasonable accommodations for the known physical or mental limitations of otherwise qualified people with a disability unless we can demonstrate that an accommodation would impose an undue hardship. The ADA also prohibits the use of qualification standards, employment tests, or selection criteria that tend to screen out people with disabilities, unless the company can demonstrate that these procedures are related to the job.

In addition, the company is required, under the Rehabilitation Act of 1973, amended in 1974, and the Vietnam-era Veterans Readjustment Assistance Act of 1974, to take affirmative action to employ and promote qualified individuals with disabilities, disabled veterans and Vietnam-era veterans.

**Employment Practices**

## A Drug-free Workplace

We consider it our duty to provide a drug-free, safe and secure workplace.

Reporting to work under the influence of alcohol or other drugs (unless the drugs are prescribed by a physician) is also prohibited. Violations of this policy will result in disciplinary action, including discharge.

We recognize drug or alcohol abuse as a health, safety and security danger. Employees with drug or alcohol problems are urged to get confidential help through the Employee Assistance Program. Although seeking help will not jeopardize your job, failure to seek help may indeed put your job in jeopardy.

If you are taking a prescription drug at work, keep it in its original container, which clearly identifies the drug, dosage, prescription date and physician. You need to advise the Medical Department (where available) and your supervisor or manager, of any precautions that should be observed while you are taking the drug. Failure to do this may also result in disciplinary action, up to and including dismissal.

You are also required to notify the company within five days if you are convicted of a criminal drug offense that occurred on or off company premises, while you were conducting company business. This requirement is mandated by the Drug-free Workplace Act.

> **The unlawful manufacture, distribution, dispensation, possession or use of drugs on company premises or while conducting company business anywhere is prohibited.**

## A Safe Workplace

Many types of workplace activities are regulated by the Occupational Safety and Health Agency (OSHA). In general, OSHA requires that:

- Each employer shall furnish to each of its employees employment and a place of employment that are free from recognized hazards that are causing or are likely to cause death or serious physical harm to its employees.
- Each employer shall comply with occupational safety and health standards promulgated under the OSHA Act (29 CFR 1910). This includes, but is not limited to, hazard abatement, employee training, recordkeeping, inspections and cooperation with regulatory agencies.
- Employees shall comply with occupational safety and health standards and all rules, regulations, and orders issued pursuant to the OSHA Act that are applicable to their own actions and conduct.

Philips, as an employer, could face harsh civil and criminal penalties for industrial health and safety violations. For a first-time, single, willful violation of a standard, rule or promulgated order pursuant to the OSHA Act, a maximum fine of $10,000 and imprisonment of up to six months may be levied. These, and other fines allowed under the Act, may be repeated for each specific instance of a violation as well as for violations of other standards.

## Family and Medical Leave

The Family and Medical Leave Act (FMLA) requires private employers with 50 or more employees to provide employees who meet certain eligibility requirements up to 12 weeks of unpaid leave during a 12-month period for their own serious illness, the birth or adoption of a child, or the care of a seriously ill child, spouse or parent.

Employees on unpaid leave are entitled to receive health benefits under the same terms and conditions as they had on the job. Employers must guarantee employees the right to return to their previous job, or an equivalent position, with no loss of benefits at the end of the leave, with certain exceptions.

In addition to the Federal law, some states have family and medical leave laws that apply to Philips employees. In general these state laws provide comparable or more favorable provisions than the Federal law.

## Government and Military Contracts

**Strict rules that do not apply in the commercial world do apply to Federal Government relationships, and may apply to relationships with state agencies.**

Doing business with the U.S. Government, including the Department of Defense and all other Federal agencies (such as the Labor Department, Environmental Protection Agency, Internal Revenue Service, Federal Communications Commission and the Commerce Department) is very different from doing business elsewhere.

Take business courtesies, for example. You cannot buy meals for Government employees—even when they are visiting your office and you want to break for lunch. In general, you are not allowed to provide them with food or drinks, entertainment, transportation or gifts over $25. The best rule of thumb: Don't offer anything.

Similarly, no company funds or assets can be paid, loaned, given or transferred to a Federal official or employee, or to an entity in which the official or employee has a material interest.

### You also need to know:

- It can be a criminal violation—a felony—to make a false claim or false statement to the Government. Violations of this and other laws can subject Philips and/or its employees to legal action and prevent Philips from doing business with the Government. We often are required to certify compliance with various laws, regulations or contractual provisions. Submitting such certifications without first verifying their accuracy is improper and a violation of this Code.

- Supplying a product to a Government purchaser or subcontractor that is different from the one specified on the requirements could get you and Philips in trouble. For example, using a grade or brand of material contrary to that specifically required by the contract is illegal, unless first authorized in writing by the Government. Selling products produced without first complying with all the Government-required manufacturing, testing and quality control procedures can result in substantial fines, penalties, possibly jail sentences. Failure to conduct the tests, or manipulation of test procedures or data, will not be tolerated.

- The Truth in Negotiations Act requires companies doing business with the U.S. Government to submit all "cost and pricing data" before the awarding of a negotiated prime contract or a subcontract over $500,000, or before pricing a change over $500,000. Government contractors are also required to certify that they have submitted current, accurate and complete "cost and pricing data." "Cost and pricing data" is defined to include all factual information which may reflect on the reasonableness of a proposed price. For example, vendor quotes other than those you utilize to develop your proposed price are "cost and pricing data" which must be disclosed to the Government.

- Government equipment furnished to your location for a contract must be accounted for until it is returned to the Government. It is illegal to use it for any other purpose.

- Laws and regulations limit both discussions about employment and the work that can be done by current or former Government employees and military officers.

- Do not obtain Government information improperly or illegally. For example, documents marked "For Official use only" are off limits. It is also illegal to obtain Government "source selection" information before the award of the procurement to which it applies, and competitors' proprietary information. If you receive any such documents, report it.

- Report any improper use or disclosure of Government secrets or intellectual property.

- Safeguard classified information and unclassified sensitive data in accordance with U.S. security requirements.

- Doing business with foreign governments is also subject to strict rules. Under the Foreign Corrupt Practices Act, you are prohibited from offering, paying, promising to pay money or give anything of value, directly or indirectly, to officials of any foreign government, candidates for foreign political office, or foreign political parties or party officials for the purpose of obtaining, retaining or directing business. Furthermore, U.S. law prohibits companies from participating in or supporting international economic boycotts that are not sanctioned by the U.S. government.

*If you have any questions or concerns, contact your company lawyer.*

Philips - SEC  00018 (2007-01-25)

## Fair Competition Guidelines

Antitrust and trade regulation laws encourage competition in business. They help create a level playing field and prevent activities that restrain competition or give one company an unfair advantage. These laws cover pricing, promotion, distribution and sales. They involve relationships with suppliers, distributors, dealers and competitors.

These laws cover "agreements" involving competitors, customers and suppliers, when those agreements restrict freedom to determine pricing, products, distribution systems and production levels. Antitrust laws also prohibit the unfair use of market power over competitors. Trade regulation laws regulate and prohibit unfair and deceptive practices.

To protect yourself and your company, never give the impression that Philips' prices are based on anything other than its own independent business judgment. Never use sentences such as "We will dominate" or "We will destroy" the competition.

**Ask your company lawyer for advice before making agreements or developing programs and policies that deal with pricing, distribution and promotion.**

If you violate federal antitrust laws, the penalties can be severe. For each criminal violation, the fines can range up to $10 million for companies and $350,000 for individuals, with prison sentences up to three years. The U.S. Department of Justice has sought prison sentences in every criminal price-fixing prosecution. In addition, civil violations can result in consent orders from either the Department of Justice or the Federal Trade Commission, with provisions that govern and limit future conduct. States also have civil and criminal penalties, which can be in addition to federal sanctions.

Antitrust laws are enforced by the U.S. Department of Justice and the Federal Trade Commission, state attorneys general, and the appropriate enforcement agencies of foreign countries and the European Community. U.S. state attorneys general are organized into the National Association of Attorneys General, and are quite active in antitrust enforcement.

Finally, private treble damage lawsuits by those affected can be expensive and time consuming. A recent trend is consumer class actions for misrepresentation and other anticompetitive or deceptive actions.

## To protect yourself and Philips from possible antitrust violations:

### WITH COMPETITORS

- Do not discuss prices or pricing policies, exchange price lists, or discuss any terms of sales. Obtain all price information about competitors from customers or from public sources. (You may discuss price with a competitor in connection with a sale or a purchase.)

- Do not discuss future production, restraints on production, contract bids, product content or marketing plans.

- Do not suggest, or agree, to sell or not to sell to any customers, class of customers, territories or product markets.

- Do not unfairly disparage competitive products. (However, you may inform dealers and customers about the results of independent tests indicating the superiority of Philips products or the inferiority of competitive products.)

- You may discuss matters involving legislation, government relations, environmental and safety regulations, and positions to be taken on other political issues. But do not make marketing or pricing policies based on "industry agreement" or "industry policy."

### WITH CUSTOMERS

- Do not set, or attempt to set, the price at which a re-seller sells any products. (However, you may provide the manufacturer's list price or suggested resale price set by Philips.)

- Do not take any action against a dealer for cutting prices.

- Do not try to promote price uniformity among customers. (However, you may provide dealers with the comparative price analysis of competitive non-Philips products.)

- Do not require the purchase of one product to receive another product.

- Do not give favored prices, promotional allowances or services to customers unless you have a legal justification that is approved in advance by your company lawyer.

## International Business Transactions

**Laws and regulations are intended to prevent contraband strategic goods, technologies and services from reaching "proscribed" or "sensitive" destinations.**

The U.S. Government has a lot to say about what leaves and arrives at its shores. Not all goods, technologies or services can be sold freely to just any customer or shipped to just any country in the world.

The Government has established a complex system to control or prohibit the export of goods or technology from the United States for strategic or other reasons. Often, compliance with these laws and regulations requires an export license. This applies to many products that Philips makes and to products we buy from others. Regulations also forbid exporting, importing or re-exporting products to or from certain countries, such as Cuba.

Besides the export restrictions, companies doing business in the United States are bound by other rules, too. Employees cannot participate in a restrictive trade practice or support a boycott against a country friendly to the United States, or against any person or firm in the United States.

Examples of prohibited conduct include supplying information about the race, religion, sex or national origin of a person, refusing to do business with a boycotted firm or country, or acting on any document, including a letter of credit, that contains boycott language. (If you receive such a request, you must report it immediately to your company lawyer so that it may be reported to the U.S. Government, as mandated by law.)

If we fail to comply with these regulations, our export privileges could be suspended or denied, and we could face criminal and civil penalties and fines.

### In general, export regulations apply to transactions that involve:

- The sale of goods to a foreign country.
- The sale or licensing of technology to a foreign country.
- The sale or licensing of software to a foreign country.
- The transportation of a demonstration product to a foreign country.
- The knowledge that technology will be shipped or transmitted to a foreign destination. (For example, a visit by foreign delegations or participation in a foreign trade show may be considered as export of technical data.)
- The knowledge that goods or technology will be exported by a U.S. purchaser or re-exported by a foreign purchaser—for example, from the Netherlands to Cuba. These regulations apply not only to the first export from the United States, but also to the subsequent re-export from one foreign destination to another.
- The movement of controlled data or goods across the U.S. border, whether by phone, facsimile, e-mail, or in a briefcase or luggage, for the purpose of participating in the meeting abroad. This is an example of actions requiring the advice of your Export Control Officer.
- The importation of goods originating in an embargoed country such as Cuba—for example, Cuban cigars. In addition, remember that it is improper and illegal to provide gratuities and payments to foreign government officials to enhance business opportunities.

The regulations also control the export of products manufactured outside the United States by affiliates of U.S.-based companies, and technology originating from foreign subsidiaries of a U.S.-parent company.

To comply with all this, Royal Philips Electronics operates a global export control system. Each unit of Philips Electronics North America has an Export Control Officer to ensure that projects comply with all export laws and regulations.

## Environmental Regulations

The air we breathe, the water we drink, the chemicals we need to manufacture our products and how we dispose of hazardous waste at our plants are all regulated by strict environmental laws.

Many statutes and thousands of regulations deal specifically with the environment and affect our operations. Among the most important statutes are the Comprehensive Environmental Response, Compensation and Liability Act of 1980; the Resource Conservation and Recovery Act; the Clean Water Act; the Clean Air Act; the Toxic Substance Control Act; and the Emergency Planning and Community Right to Know Act. States and local municipalities have additional laws and regulations. All of these laws and regulations are enforced by the U.S. Department of Justice, Environmental Protection Agency, state and local agencies, and through lawsuits filed by private citizens.

Liability for violations of environmental laws and regulations can be civil and/or criminal, and can be imposed on individual employees, as well as the company. The company can be fined, or forced to end its operations.

Environmental laws impose liability on a generator of hazardous waste from beginning to end. This means that all phases of hazardous waste production and management are regulated. For example, a plant that generates hazardous waste must analyze the waste, keep records about the volumes of the material and document the disposal of such waste. Facilities must have permits for on-site storage, land disposal, incineration or treatment of hazardous waste. Releases or spills of hazardous substances into the environment must be reported to Federal, state or local agencies under specific spill-reporting laws.

What happened long ago can mean severe penalties for us today. We may be responsible for the past disposal of hazardous waste at plants we own now, even if we did not own the plants back then. We can be held responsible for cleaning up abandoned dumps and other contaminated sites.

Environmental laws are numerous and complex. For example, wastewater and stormwater discharges from industrial plants are subject to water pollution controls. Every plant that discharges waste directly into public waters must obtain a permit that specifies discharge limits for a wide range of substances.

Companies that discharge industrial waste into municipal sewers are required to monitor their discharges into public waters. A company's violation of the limits on the discharge of specific substances can result in penalties of up to $25,000 a day. Such violations can be shown by a company's own reports. In addition to state and local permitting regulations, Federal law can require companies to pretreat their water before discharging it, complying with the standards of the Environmental Protection Agency.

Under the Clean Air Act, a company is required to maintain permits for air emissions from its plants. Under the 1990 Clean Air Act Amendments, companies must install advanced pollution-control equipment and make other major changes in industrial operations. Corporations must comply with strict standards on emissions from their industrial facilities, and are subject to tough regulatory requirements for construction of new plants and major modifications to existing ones.

**Employees at all levels can be fined or imprisoned. Because there is a growing trend toward tougher enforcement with harsh penalties for violations, it's important that we all know the fundamental principles of environmental law that govern our operations.**

## Environmental Regulations

Federal and state environmental laws impose substantial civil and criminal penalties for violations. They authorize civil penalties of up to $10,000, $25,000 or even $50,000 per day per violation, and the Government has become increasingly aggressive about seeking maximum penalties.

Federal and state prosecutors are expanding their environmental staffs, and are seeking criminal penalties and imprisonment for violations that were previously considered civil matters.

For example, under the Clean Air Act Amendments, a willful violation of virtually any requirement of the Act is a felony. Civil penalties in excess of $10 million have been assessed against other corporations for failing to obtain the proper Clean Air Act permits, and for emission violations at various facilities.

Prison sentences for violations of environmental statutes may be imposed on employees at all levels. Therefore, we must all be well-informed about these laws and comply with them. Most environmental laws also authorize private citizens to bring suit against a company for violations and to seek court-imposed sanctions.

You must know about the environmental laws, and question any suspicious activity. You must report any violations or matters of environmental concern by contacting your supervisor, your Ethics Coordinator, your company lawyer or your local Environmental or Safety Coordinator.

14

Philips - SEC  00022  (2007-01-25)

## Accounting and Financial Records

When money is involved, the numbers must add up. Literally and figuratively. They must accurately reflect the products sold, the services rendered, the true sales prices and the terms of the sale.

Those who rely on our records and reports—our managers, investors, creditors, customers, auditors and others—must have truthful and complete information. The integrity of our company is at stake.

If you prepare this type of information, you must make sure that you can vouch for its accuracy and integrity. If you certify the accuracy of such information, you must make thorough inquiries or reviews necessary to establish a good-faith belief in it. If you are the custodian of company data, records and reports, make sure that they are properly protected and used only for the intended purpose before you release them internally or externally.

Financial records must be accurately and completely prepared and reviewed, whether intended for internal or external use. This includes inventory, expense accounts, budgets, business plans, vouchers, bills, payroll and service records.

No false or misleading entries may be made in any Philips books or records for any reason, and no employee may participate in any arrangement that results in such an act.

All funds or assets must be clearly disclosed.

No funds or other assets can be maintained for any illegal or unethical purpose.

No payments or gifts are to be made or received on behalf of the company for any purpose other than that described by the company's supporting documents and records.

Costs must be accurately and completely recorded.

Federal standards require that records and accounts "in reasonable detail, accurately and fairly reflect the transactions and disposition of the assets" of the company.

> **As a Philips employee, you must never stretch accounting principles or remain silent to protect someone who is violating the law, even if it is your manager.**

### In summary:

- Never make false or misleading entries or leave out important information, whether you are reviewing and approving reports or preparing them. Each of us is responsible and held accountable when spending company money, including travel expenses.
- Fairly represent the nature of every transaction or the purpose of the payment.
- Follow accounting rules and controls described in Philips accounting and audit manuals.

If budgets and business plans are not realistic, there can be a strong temptation to stretch accounting and legal principles. Employees may be tempted to engage in dishonest, unethical or illegal acts in response to the pressure of meeting unrealistic performance targets. Emphasis on results, particularly in the short term, fosters an environment where the price of failure is very high.

For these reasons, managers must set realistic goals for budgets and business plans and not expect the impossible from those who report to them.

If you do so, you could be tried for aiding and abetting criminal behavior. The courts have held that silence is enough to warrant a charge of aiding and abetting a criminal act when there is a duty to communicate.

## Confidentiality

**Do not discuss Philips with members of the media. Instead, refer them to Philips Public Relations Department (212-536-0810) or to your local Communications Department.**

Information and ideas that are valuable to Philips are valuable to the outside world, too. We are all responsible for safeguarding the company's confidential and proprietary information, intellectual property and trade secrets. This includes data about research, operations, products, plans, strategies, manufacturing, marketing, finances and customers. Accidental disclosure (perhaps overheard by strangers in casual conversations in restaurants, airplanes, trains and elevators) can be as damaging to Philips as the deliberate leaking of information.

It is unethical, as well as illegal, for you to use this information for personal gain. Do not discuss confidential company business with anyone outside the company, including family and friends. Limit the distribution of confidential material to those who must know about it. Keep important papers locked up, and keep letters and memos out of view.

Equally, it is unethical, and may also be illegal, to receive and use confidential and proprietary information from other companies. For example, when new employees are hired, they should not bring with them proprietary information belonging to their previous employer, nor should such information be used.

The courts may allow parties engaged in litigation with a corporation to use information gained through interviews with employees even if the corporation's lawyers have not been informed. If you are called and asked for information, do not discuss any company business or any litigation with anyone unless you are instructed to do so by a Philips lawyer.

Tell your supervisor if a reporter, lawyer or any stranger asks for information about Philips or its businesses.

## Inside Information

**Be aware that Securities and Exchange Commission regulations forbid those who have acquired "material" inside information in the course of their job to trade or recommend securities (or give stock "tips") on the basis of that information.**

In the performance of your duties as a Philips employee, you may learn about changes in the company's earnings or dividends, negotiations that involve major acquisitions, mergers, purchases or sales of shares, reclassification of securities or stock splits. You may learn about changes in other companies, too.

The courts define "material" information as that which would influence a reasonable investor's actions. If you violate any disclosure laws, you will be subject to disciplinary action by Federal or local law enforcement agencies, and may be dismissed by the company. The company may also dismiss you for any misuse of this information.

16

Conflicts of Interest

A conflict of interest exists when you allow any outside situation you are involved in, or expect to be involved in, or any personal gain you receive, or expect to receive from any party, to influence the way you do your job for the company or the decisions you make in your work about company business.

It is your responsibility to keep your focus on the company and not allow your loyalties to be divided by any outside influence. It is also important to avoid any appearance of a conflict of interest. Use common sense and good judgment to avoid all conflicts of interest or potential conflicts of interest. Always ask yourself what is best for the company when you make business decisions.

## Gifts and Entertainment

The fair, ethical and lawful business practices that apply to our dealings with customers apply equally to our dealings with all vendors and suppliers. All discretionary decisions made on behalf of the company must be made on the basis of competitive factors such as quality, price, delivery and service.

Neither you nor any immediate family member should solicit or accept any compensation worth more than token value, or anything that is more than an ordinary business courtesy, from current or potential customers or suppliers. Nor should you or any immediate family member provide any compensation worth more than token value, or anything that is more than an ordinary business courtesy, to current or potential customers or suppliers. When customer practice allows deviation from policy, Philips employees must obtain prior approval from a divisional or company officer. When dealing with Government employees, the rules on page 10 (See "Government and Military Contracts") apply.

This applies to gifts, entertainment, meals, tickets, passes and promotional items. It includes favors and considerations you would not usually reciprocate under normal expense-account procedures. Never accept anything from, or provide anything to, a customer or a supplier that could or might appear to influence your or their judgment. Kickbacks are morally wrong and legally criminal, even in the guise of "fees" or "commissions." The price for accepting them is high: your job and possible criminal prosecution.

Other forms of favors are also unacceptable. Entertainment, trips and free services for you or your family are just as objectionable, and the consequences for accepting them are just as serious.

You may accept or provide gifts, entertainment and services only when they are of a token value, associated with any business activity and when provided to others as a regular part of doing business.

> **Never accept anything from, or provide anything to, a customer or a supplier that could or might appear to influence your or their judgment.**

## Conflicts of Interest

**If you have,
or think you might
have a conflict
of interest, or if
you have a
question, discuss
it with your
supervisor or
Ethics Coordinator.
When necessary,
the conclusions
of these discussions
are recorded
in confidential files.**

### Financial Interest

Neither you nor an immediate family member should have a financial interest in any outside person, company or activity if the interest could influence, or seem to influence, your actions or conflicts with Philips' interests. This includes competitors, suppliers of products and services, and customers. You should not buy, lease, rent or otherwise acquire for Philips any products, services or supplies from those with whom you have a financial interest, without prior written approval from appropriate authority.

Financial interest exists when you and/or a member of your family owns or controls part or all of the business or property of the person or company or has a financial stake in its performance. Your interest might stem from your role as an employee, agent, representative, officer, director, consultant, creditor or debtor.

You should not be employed by, or perform services for, competitors, customers or suppliers, even if they are relatives or friends, and even if you receive no payment.

### When does conflict arise?

*These issues are considered in determining if a financial interest constitutes conflict:*

- Your job. Do you influence decisions involving Philips' purchase of goods or services?
- The dollar amount of the investment or interest. An investment or ownership of less than 1% of a class of securities issued by a publicly owned corporation would not usually constitute financial interest. The securities must be listed on a recognized stock exchange or traded over the counter.
- The importance of the investment or financial interest to you.
- The nature and extent of the relationship between Philips and the person or company in which you have the interest.
- When the investment or financial interest was acquired, and how it was acquired.

*The following interests do NOT violate Philips policies:*

- Ownership in a public utility that supplies gas, electricity, water, telephone or transportation service to Philips, as long as no other source is available to provide the service.
- Personal financial transactions with a commercial bank, savings bank or mutual insurance company that does business with Philips.
- Interest arising from your service as an officer, director or trustee of another organization of, or at the request of, Philips.

18

## Copying Computer Software/Printed Materials

Copyright laws protect the original expression in, among other things, written materials, software, works of art and music, and prohibit their unauthorized duplication, distribution, display or performance. This means that you may not reproduce, distribute or alter copyrighted materials from books, trade journals, computer software or magazines, or play records, tapes, disks, or videotapes, without the permission of the copyright owner or its authorized agents.

Software used in connection with Philips business must be properly licensed and used only in accordance with that license. Using unlicensed software could constitute copyright infringement. You may not copy any company-acquired computer software program unless you are specifically authorized to do so under the license agreement.

As a general rule, only one computer per program is allowed. That means that you may use that one copy only on one machine. If someone in your office wants to copy it for his or her computer, that may be illegal under the terms of the license agreement. It may be a violation of our company policy on the use of intellectual property as well. We strictly observe all restrictions and conditions in software license agreements. Contact your computer experts or your company lawyer if you have questions.

Copyrighted printed materials also are protected by law. Book and newsletter publishers are especially vigilant in prosecuting violators. Unless you obtain permission or your reproduction of the work comes under the Library of Congress Copyright Office "fair use" doctrine, do not photocopy copyrighted material.

Philips has a photocopy license agreement with the Copyright Clearance Center (CCC) that allows employees of Philips Electronics North America to photocopy for internal use portions of many printed materials, including educational, technical and industry publications. However, photocopying of all or substantially all of a covered publication is not permitted. The covered publications are those listed in CCC's repertory for its Annual Authorizations Service. The repertory is available on CCC's site on the World Wide Web at: **http://www.copyright.com**. Contact your company lawyer or the Philips Intellectual Property Department Office, Tarrytown, N.Y., if you have any questions about photocopying publications or about the "fair use" doctrine.

**Illegal copying of software may result in criminal prosecution, fines and dismissal.**

## Electronic Communication and Information Systems

**All information stored on e-mail, phone mail and computer systems is company property.**

Philips electronic mail (e-mail), electronic voice (phone) mail, and inter/intranet systems are company assets and are for Philips business use only. Messages should be business-like. The sending of messages and the accessing of sites on the internet containing sexual, offensive or potentially offensive material is strictly prohibited.

Philips retains the right to access and disclose the information in these systems, including the contents of employees' e-mail and phone mail files and messages and other information stored electronically, in order to protect its interests or when required by law or for any other purpose it deems necessary. Accordingly, employees should not have any expectation of privacy regarding the use of these systems and any information stored in these systems.

It is a violation of company policy for any employee, including system administrators (other than for system maintenance) and supervisors, to access any information on the systems without the employee's knowledge, unless the person seeking access has obtained the prior approval of the Corporate Ethics and Compliance Officer, who may consult with legal counsel.

## Politics

**We respect the differences among us and cherish the right to speak.**

We believe in the right—and the duty—of our employees to participate in the democratic political process. Your participation, of course, must be within the law, and on your own time and with your own money—not with Philips resources or on Philips property.

Opinions vary on many social, religious and political issues. Our employees represent many different points of view. We respect these differences among us.

We also cherish our right in America to speak and to be heard as we express these differences without censorship, fear or intimidation in the free and open marketplace of ideas.

Philips - SEC  00028  (2007-01-25)



**PHILIPS**

**Employee Ethics and Intellectual Property Agreement**

In consideration of my accepting or continuing work at Philips Electronics North America Corporation or any of its divisions, subsidiaries or affiliates, (which will individually and collectively be called "the company") during such time as may be mutually agreeable, and in consideration of the salary or wages paid to me, I agree:

1. Not to use, publish or otherwise disclose (except as my job requires) either during or after my employment, any secret or confidential (proprietary) information or data of the company or its customers or any other third party received by the company in confidence.

2. Upon the termination of my employment, to deliver promptly to the company all written and other materials that relate to the business of the company or its affiliates.

3. To disclose promptly and agree to assign, without further compensation, to the company or its nominee as its exclusive property, all those inventions, and technical or business innovations (including works of authorship) developed or conceived by me alone or with others, while I am employed, which: (a) pertain to any line of the businesses, work or investigations of the company or affiliates, (b) pertain to any demonstrably anticipated business, research or development of the company or its affiliates, (c) are suggested by or result from work that I may do for the company, or (d) are aided by use of time, materials, facilities, patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks, and service marks and any and all rights, applications and registrations relating to them of the company.*

4. To make and maintain for the company adequate and current written records of such inventions.

5. To perform all reasonable acts (such as execution of all necessary papers) and otherwise provide proper assistance (at the company's expense) during and subsequent to my employment to enable the company to obtain for itself or its nominees patents, copyrights or other legal protection for such inventions or innovations in any and all countries.

6. Not to disclose or utilize in my work any proprietary information of others (including that of any prior employers) or any inventions or innovations of my own which are not included within the scope of this agreement.

I have read and understood the Philips Electronics North America Corporation **"Working Together"** book. In consideration of my continuing employment with the company, I agree to abide by the ethical and legal principles of the company as they are incorporated in this book. I understand that failure to do so may result in the termination of my employment.

This agreement supercedes and replaces any Employee Ethics and Intellectual Property Agreement previously executed by me. It may not be modified or terminated, in whole or in part, except in writing signed by an authorized representative of the company.

I certify that to the best of my knowledge and belief, I am not a party to any other agreement or subject to any conflict of interests that will interfere with my full compliance with this agreement, except as specifically identified below. I understand that this agreement does not constitute a contract of employment, either express or implied.

PRINT NAME _____

_____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

I represent that the following are the only agreements, relationships and matters to which I have an interest that may conflict with the obligations I have undertaken above. I further agree to promptly notify my supervisor in writing of any change in this information.

_____

_____

*If employed in any of the following states: California, Delaware, Illinois, Kansas, Minnesota, North Carolina, Utah or Washington, employee should also sign the relevant paragraph of the Employment Invention Attachment on the back of this agreement.

**Philips Electronics North America**



**PHILIPS**

*Let's make things better*

## Employee Invention Attachment



To the Employee Ethics and Intellectual Property Agreement

**California**

I understand that, as required by the California Labor Code, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates at the time of conception or reduction to practice of the invention, (i) to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

**Delaware, Illinois, Kansas and North Carolina**

I understand that, as required by Delaware/Illinois/Kansas/North Carolina state law (delete as appropriate), no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates (i) to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

**Minnesota**

I understand that, as required by Minnesota state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility or trade secret information of the company was used and which was developed entirely on my own time, and (a) which does not relate (i) directly to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) which does not result from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

**Utah**

I understand that, as required by Utah state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention which was created entirely on my own time, and which is not (a) conceived, developed, reduced to practice, or created by me (i) within the scope of my employment with the company, (ii) on the company's time, or (iii) with the aid, assistance, or use of any of the company's property, equipment, facilities, supplies, resources, or patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks and service marks and any and all rights, applications, and registrations relating to them, (b) the results of any work, services, or duties performed by me for the company, (c) related to the industry or trade of the company, or (d) related to the current or demonstrably anticipated business, research, or development of the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

**Washington**

I understand that, as required by Washington state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates (i) directly to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

PRINT NAME _____

EMPLOYEE'S SIGNATURE _____ DATE _____ WITNESS (Company Representative) _____ DATE _____

**Philips Electronics
North America**





**PHILIPS**

**Employee Ethics and Intellectual Property Agreement**

In consideration of my accepting or continuing work at Philips Electronics North America Corporation or any of its divisions, subsidiaries or affiliates, (which will individually and collectively be called "the company") during such time as may be mutually agreeable, and in consideration of the salary or wages paid to me, I agree:

1. Not to use, publish or otherwise disclose (except as my job requires) either during or after my employment, any secret or confidential (proprietary) information or data of the company or its customers or any other third party received by the company in confidence.

2. Upon the termination of my employment, to deliver promptly to the company all written and other materials that relate to the business of the company or its affiliates.

3. To disclose promptly and agree to assign, without further compensation, to the company or its nominee as its exclusive property, all those inventions, and technical or business innovations (including works of authorship) developed or conceived by me alone or with others, while I am employed, which: (a) pertain to any line of the businesses, work or investigations of the company or affiliates, (b) pertain to any demonstrably anticipated business, research or development of the company or its affiliates, (c) are suggested by or result from work that I may do for the company, or (d) are aided by use of time, materials, facilities, patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks, and service marks and any and all rights, applications and registrations relating to them of the company.*

4. To make and maintain for the company adequate and current written records of such inventions.

5. To perform all reasonable acts (such as execution of all necessary papers) and otherwise provide proper assistance (at the company's expense) during and subsequent to my employment to enable the company to obtain for itself or its nominees patents, copyrights or other legal protection for such inventions or innovations in any and all countries.

6. Not to disclose or utilize in my work any proprietary information of others (including that of any prior employers) or any inventions or innovations of my own which are not included within the scope of this agreement.

I have read and understood the Philips Electronics North America Corporation "Working Together" book. In consideration of my continuing employment with the company, I agree to abide by the ethical and legal principles of the company as they are incorporated in this book. I understand that failure to do so may result in the termination of my employment.

This agreement supercedes and replaces any Employee Ethics and Intellectual Property Agreement previously executed by me. It may not be modified or terminated, in whole or in part, except in writing signed by an authorized representative of the company.

I certify that to the best of my knowledge and belief, I am not a party to any other agreement or subject to any conflict of interests that will interfere with my full compliance with this agreement, except as specifically identified below. I understand that this agreement does not constitute a contract of employment, either express or implied.

_____
PRINT NAME

_____     _____     _____     _____
EMPLOYEE'S SIGNATURE                                 DATE            WITNESS (Company Representative)              DATE

I represent that the following are the only agreements, relationships and matters to which I have an interest that may conflict with the obligations I have undertaken above. I further agree to promptly notify my supervisor in writing of any change in this information.

_____

_____

*If employed in any of the following states: California, Delaware, Illinois, Kansas, Minnesota, North Carolina, Utah or Washington, employees should also sign the relevant paragraph of the Employment Invention Attachment on the back of this agreement.

**Philips Electronics
North America**



**PHILIPS**

*Let's make things better*



**Employee Invention Attachment**


PHILIPS

To the Employee Ethics and Intellectual Property Agreement

**California**

I understand that, as required by the California Labor Code, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates at the time of conception or reduction to practice of the invention, (i) to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

_____
PRINT NAME

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE | DATE | WITNESS (Company Representative) | DATE |

**Delaware, Illinois, Kansas and North Carolina**

I understand that, as required by Delaware/Illinois/Kansas/North Carolina state law (delete as appropriate), no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates (i) to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

_____
PRINT NAME

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE | DATE | WITNESS (Company Representative) | DATE |

**Minnesota**

I understand that, as required by Minnesota state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility or trade secret information of the company was used and which was developed entirely on my own time, and (a) which does not relate (i) directly to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) which does not result from any work performed by me for the company.

_____
PRINT NAME

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE | DATE | WITNESS (Company Representative) | DATE |

**Utah**

I understand that, as required by Utah state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention which was created entirely on my own time, and which is not (a) conceived, developed, reduced to practice, or created by me (i) within the scope of my employment with the company, (ii) on the company's time, or (iii) with the aid, assistance, or use of any of the company's property, equipment, facilities, supplies, resources, or patents, trade secrets, know-how, technology, confidential information, ideas, copyrights, trademarks and service marks and any and all rights, applications, and registrations relating to them, (b) the results of any work, services, or duties performed by me for the company, (c) related to the industry or trade of the company, or (d) related to the current or demonstrably anticipated business, research, or development of the company.

_____
PRINT NAME

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE | DATE | WITNESS (Company Representative) | DATE |

**Washington**

I understand that, as required by Washington state law, no provision in this Employee Ethics and Intellectual Property Agreement requires me to assign any of my rights to an invention for which no equipment, supplies, facility, or trade secret information of the company was used and which was developed entirely on my own time, unless (a) the invention relates (i) directly to the business of the company, or (ii) to the company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the company.

_____
PRINT NAME

| | | |
|---|---|---|
| EMPLOYEE'S SIGNATURE | DATE | WITNESS (Company Representative) | DATE |



**Philips Electronics
North America**

PHILIPS

*Let's make things better*

**Please Note**

This **Working Together** book highlights ethical and business conduct guidelines for Philips employees in the United States. It is not intended to be an expressed or implied contract of employment, or a guarantee of benefits.

You have the right to leave the company, and the company has the right to terminate your employment and your compensation with or without cause and with or without notice at any time.

For further clarification or interpretation of ethical and legal issues that may affect you at work, talk to your supervisor, Ethics Coordinator or company lawyer, or write:

Ethics and Compliance Office
Philips Electronics North America
1251 Avenue of the Americas
New York, N.Y. 10020-1104

Or call the Ethics Hotline:
1-800-218-1818.
E-Mail: ethics.hotline@philips.com

©2001 Philips Electronics North America Corporation. All rights reserved.



Ethics and Compliance Office
**Philips Electronics North America**
1251 Avenue of the Americas
New York, N.Y. 10020-1104

Ethics Hotline: 1-800-218-1818.
E-Mail: ethics.hotline@philips.com

Philips - SEC   00034  (2007-01-25)