ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

United States Securities and Exchange
Commission ,

Plaintiff(s),

v.

Morando Berrettini and Ralph J. Pirtle,

Defendant(s).

Case No.  10-cv-1614
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) United States Securities and Exchange Commission
and against defendant(s) Morando Berrettini and Ralph J. Pirtle
in the amount of $ - individually and not jointly and severally: (1) disgorgement in the amount of
$120,311.00; (2) pre-judgment interest in the amount of $65,011.00; (3) and a civil penalty in the amount of
$120,311.00. The total judgment against each Defendant is $305,633.00. ,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

_____

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

_____

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Robert M. Dow presiding, and the jury has rendered a verdict.

☐ tried by Judge     without a jury and the above decision was reached.

☒ decided by Judge Robert M. Dow on a motion for remedies and for entry of final judgment [247].


Date:   11/2/2016                          Thomas G. Bruton, Clerk of Court

                                           C. Hoesly, Deputy Clerk